DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

ARMSTRONG v. ARMSTRONG

No. 235PA87.

Case below: 85 N.C. App. 93.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 28 July 1987.

BROWN v. BROWN

No. 74P87.

Case below: 85 N.C. App. 602.

Petition by defendants for writ of supersedeas denied 28 July 1987. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987.

BROWN v. TURRENTINE

No. 270P87.

Case below: 85 N.C. App. 348.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987.

CAROLINA TEL. & TEL. CO. v. McLEOD

No. 310PA87.

Case below: 85 N.C. App. 538.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 28 July 1987.

CHRISMON v. GUILFORD COUNTY

No. 232PA87.

Case below: 85 N.C. App. 211.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 28 July 1987.